UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23659-CIV-GRAHAM/GOODMAN

ROCHENEL TANIS,

    Plaintiff,

v.

SUNSHINE RESTAURANT MERGER SUB, LLC,

    Defendant.
_____/

**NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE**

    On February 13, 2012, the Undersigned conducted a mediation and settlement conference in the above-captioned action. The parties were unable to reach a settlement and the undersigned declared an impasse.

    **DONE** in Chambers at Miami, Florida, this 13th day of February, 2012.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
Hon. Donald L. Graham
All counsel of record